1018

[No. 38916-9-II.   Division Two.   October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC LEE CAVIL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04914-4, John A. McCarthy, J., entered February 20, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Alexander, J. Pro Tem.

[No. 39193-7-II.   Division Two.   October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY D. EVERETT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00006-1, F. Mark McCauley, J., entered April 15, 2009. *Remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39274-7-II.   Division Two.   October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK KARL HAACK, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00052-9, James W. Lawler, J., entered May 1, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 39395-6-II.   Division Two.   October 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN VINSONHALER, *Defendant*, DARQUISE CLOUTIER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01728-1, Diane M. Woolard, J., entered May 7, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Dwyer, J.